**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                         NO. 4:13CR00171-01 JLH

ANTONIO GALLARDO-OLVERA                                                                     DEFENDANT

### ORDER

On July 8, 2014, the government filed a sealed motion to revoke supervised release in this matter. An arrest warrant was issued on July 9, 2014, and the defendant was arrested in the Western District of Arkansas on or about July 14, 2014. The Court has been informed that Gallardo-Olvera is now in the Eastern District of Arkansas.

IT IS THEREFORE ORDERED that a hearing on the government's motion to revoke supervised release is hereby scheduled to begin on **THURSDAY, JULY 31, 2014, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #21.

Assistant Federal Public Defender Molly K. Sullivan is hereby appointed to represent the defendant for the revocation proceedings.

IT IS SO ORDERED this 30th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE